In re: In the Matter of the Complaint of CLEARSKY SHIPPING CORP. as owner and Cosco Shipping Company Limited, as manager of the M/V Bright Field, for Exoneration from or Limitation of Liability.

Firemans Fund Insurance Company, as automobile insurer of Richard Foreman, D. Kirk Stirton and J. Scott Chotin; Allstate Insurance Company, As Automobile insurer of Betty T. Brooks; State Farm Fire & Casualty Company, as automobile insurer of August A. Robin; Allstate Indemnity Insurance Company; State Farm Mutual Automobile Insurance Company, as automobile insurer of Jerome L. Goldman and Robert D. Rogers, Sr.; et al, Claimants—Appellants,

v.

New Orleans River Walk Associates; Board of Commissioners of the Port of New Orleans; Zurich Insurance Company, as the insurer of Hilton Hotels Corporation; Zurich Insurance Company, as the subrogated insurer of the Museum Company Inc.; Zurich Insurance Company, as the subrogated insurer of Nine West Group Inc.;

Massachusetts Bay Insurance Company, as the insurer of Turquoise Gallery Inc., doing business as St. Charles Gallery Inc.; Hanover American Insurance Co., as the subrogated insurer of Perlis Inc.; Perlis Incorporated, doing business as Cajun Clothing Co., Perlis Men's Store & Perlis Corporation; Hanover American Insurance Co.; International Rivercenter; Hilton Hotels Corporation; New Orleans Paddlewheels Inc.; Sumitomo Corporation; Itochu Corporation; Cargill Japan Ltd., Claimants—Appellees,

and

Lambert & Nelson PLC; Industrial Risk Managers; Leger & Mestayer; Herman Herman Katz & Cotlar; Bruno & Bruno, Appellees,

Board of Commissioners of the Port of New Orleans, Plaintiff—Appellee,

and

Lambert & Nelson PLC; Industrial Risk Managers; Leger & Mestayer; Herman Herman Katz & Cotlar; Bruno & Bruno, Appellees,

v.

COSCO (Hong Kong) Shipping Company LTD.; et al, Defendants,

v.

Firemans Fund Insurance Company, as automobile insurer of Richard Foreman, D. Kirk Stirton and J. Scott Chotin; Allstate Insurance Company, as Automobile insurer of Betty T. Brooks; State Farm Fire & Casualty Company, as automobile insurer of August A. Robin; Allstate Indemnity Insurance Company; State Farm Mutual Automobile Insurance Company, as automobile insurer of Jerome L. Goldman and Robert D. Rogers, Sr.; et al, Appellants,

Queen of New Orleans at the Hilton Join Venture, Plaintiff— Appellee,

and

Lambert & Nelson PLC; Industrial Risk Managers; Leger & Mestayer; Herman Herman Katz & Cotlar; Bruno & Bruno, Appellees,

v.

COSCO (Hong Kong) Shipping Company LTD.; et al, Defendants,

v.

Firemans Fund Insurance Company, as automobile insurer of Richard Foreman, D. Kirk Stirton and J. Scott Chotin; Allstate Insurance Company, as Automobile insurer of Betty T. Brooks; State Farm Fire & Casualty Company, as automobile insurer of August A. Robin; Allstate Indemnity Insurance Company; State Farm Mutual Automobile Insurance Company, as automobile insurer of Jerome L. Goldman and Robert D. Rogers, Sr.; et al., Appellants,

New Orleans Paddlewheels Inc, Plaintiff—Appellee,

and

Lambert & Nelson PLC; Industrial Risk Managers; Leger & Mestayer; Herman Herman Katz & Cotlar; Bruno & Bruno, Appellees,

v.

COSCO (Hong Kong) Shipping Company LTD.; et al, Defendants,

v.

Firemans Fund Insurance Company, as automobile insurer of Richard Foreman, D. Kirk Stirton and J. Scott Chotin; Allstate Insurance Company, as

Automobile insurer of Betty T. Brooks; State Farm Fire & Casualty Company, as automobile insurer of August A. Robin; Allstate Indemnity Insurance Company; State Farm Mutual Automobile Insurance Company, as automobile insurer of Jerome L. Goldman and Robert D. Rogers, Sr.; et al., Appellants,

Color Inc., etc., Plaintiff,

v.

Board of Commissioners of the Port of New Orleans; et al., Defendants,

International Rivercenter; Hilton Hotel Corporation, Defendants—Appellees,

and

Lambert & Nelson PLC; Industrial Risk Managers; Leger & Mestayer; Herman Herman Katz & Cotlar; Bruno & Bruno, Appellees,

v.

Firemans Fund Insurance Company, as automobile insurer of Richard Foreman, D. Kirk Stirton and J. Scott Chotin; Allstate Insurance Company, as Automobile insurer of Betty T. Brooks; State Farm Fire & Casualty Company, as automobile insurer of August A. Robin; Allstate Indemnity Insurance Company; State Farm Mutual Automobile Insurance Company, as automobile insurer of Jerome L. Goldman and Robert D. Rogers, Sr.; et al., Appellants,

Yvonne Richards, Plaintiff,

v.

Board of Commissioners of the Port of New Orleans; et al., Defendants,

International Rivercenter, Defendants—Appellees,

and

Lambert & Nelson PLC; Industrial Risk Managers; Leger & Mestayer; Herman Herman Katz & Cotlar; Bruno & Bruno, Appellees,

v.

Firemans Fund Insurance Company, as automobile insurer of Richard Foreman, D. Kirk Stirton and J. Scott Chotin; Allstate Insurance Company, as Automobile insurer of Betty T. Brooks; State Farm Fire & Casualty Company, as automobile insurer of August A. Robin; Allstate Indemnity Insurance Company; State Farm Mutual Automobile Insurance Company, as automobile insurer of Jerome L. Goldman and Robert D. Rogers, Sr.; et al., Appellants,

Donald Douglas, Plaintiff,

v.

International Rivercenter Inc.; et al., Defendants,

International Rivercenter Inc., Defendants—Appellees,

and

Lambert & Nelson PLC; Industrial Risk Managers; Leger & Mestayer; Herman Herman Katz & Cotlar; Bruno & Bruno, Appellees,

v.

Firemans Fund Insurance Company, as automobile insurer of Richard Foreman, D. Kirk Stirton and J. Scott Chotin; Allstate Insurance Company, as Automobile insurer of Betty T. Brooks; State Farm Fire & Casualty

Company, as automobile insurer of August A. Robin; Allstate Indemnity Insurance Company; State Farm Mutual Automobile Insurance Company, as automobile insurer of Jerome L. Goldman and Robert D. Rogers, Sr.; et al., Appellants,

Charles L. Porter; et al., Plaintiffs,

v.

New Orleans Riverwalk Associates; et al., Defendants,

Interational Rivercenter; Hilton Hotels Corporation, Defendants—Appellees,

and

Lambert & Nelson PLC; Industrial Risk Managers; Leger & Mestayer; Herman Herman Katz & Cotlar; Bruno & Bruno, Appellees,

v.

Firemans Fund Insurance Company, as automobile insurer of Richard Foreman, D. Kirk Stirton and J. Scott Chotin; Allstate Insurance Company, as Automobile insurer of Betty T. Brooks; State Farm Fire & Casualty Company, as automobile insurer of August A. Robin; Allstate Indemnity Insurance Company; State Farm Mutual Automobile Insurance Company, as automobile insurer of Jerome L. Goldman and Robert D. Rogers, Sr.; et al., Appellants,

Qin Weng, etc.; et al., Plaintiffs,

v.

The International River Center; et al., Defendants,

The International River Center; Board of Commissioners of the Port of New Orleans, Defendants—Appellees,

and

Lambert & Nelson PLC; Industrial Risk Managers; Leger & Mestayer; Herman Herman Katz & Cotlar; Bruno & Bruno, Appellees,

v.

Firemans Fund Insurance Company, as automobile insurer of Richard Foreman, D. Kirk Stirton and J. Scott Chotin; Allstate Insurance Company, as Automobile insurer of Betty T. Brooks; State Farm Fire & Casualty Company, as automobile insurer of August A. Robin; Allstate Indemnity Insurance Company; State Farm Mutual Automobile Insurance Company, as automobile insurer of Jerome L. Goldman and Robert D. Rogers, Sr.; et al., Appellants,

Warren Avist; et al., Plaintiffs,

v.

New Orleans Riverwalk Associates; et al., Defendants,

International Rivercenter; Hilton Hotels Corporation, Defendants—Appellees,

and

Lambert & Nelson PLC; Industrial Risk Managers; Leger & Mestayer; Herman Herman Katz & Cotlar; Bruno & Bruno, Appellees,

v.

Firemans Fund Insurance Company, as automobile insurer of Richard Foreman, D. Kirk Stirton and J. Scott Chotin; Allstate Insurance Company, as Automobile insurer of Betty T. Brooks; State Farm Fire & Casualty

374

Company, as automobile insurer of August A. Robin; Allstate Indemnity Insurance Company; State Farm Mutual Automobile Insurance Company, as automobile insurer of Jerome L. Goldman and Robert D. Rogers, Sr.; et al., Appellants,

Tie Rack Inc, etc.;  et al., Plaintiffs,

v.

Board of Commissioners of the Port of New Orleans;  et al., Defendants,

Board of Commissioners of the Port of New Orleans; The International Rivercenter, Defendants—Appellees,

and

Lambert & Nelson PLC;  Industrial Risk Managers;  Leger & Mestayer; Herman Herman Katz & Cotlar; Bruno & Bruno, Appellees,

v.

Firemans Fund Insurance Company, as automobile insurer of Richard Foreman, D. Kirk Stirton and J. Scott Chotin; Allstate Insurance Company, as Automobile insurer of Betty T. Brooks; State Farm Fire & Casualty Company, as automobile insurer of August A. Robin; Allstate Indemnity Insurance Company; State Farm Mutual Automobile Insurance Company, as automobile insurer of Jerome L. Goldman and Robert D. Rogers, Sr.; et al., Appellants,

Vivian Oubre, Plaintiff,

v.

The New Orleans Riverwalk Associates; et al., Defendants,

Board of Commissioners of the Port of New Orleans; The International Rivercenter; The Hilton Hotels Corporation, Defendants—Appellees,

and

Lambert & Nelson PLC;  Industrial Risk Managers;  Leger & Mestayer; Herman Herman Katz & Cotlar; Bruno & Bruno, Appellees,

v.

Firemans Fund Insurance Company, as automobile insurer of Richard Foreman, D. Kirk Stirton and J. Scott Chotin; Allstate Insurance Company, as Automobile insurer of Betty T. Brooks; State Farm Fire Casualty Company, as automobile insurer of August A. Robin; Allstate Indemnity Insurance Company; State Farm Mutual Automobile Insurance Company, as automobile insurer of Jerome L. Goldman and Robert D. Rogers, Sr.; et al., Appellants,

Corina Ratcliff, Plaintiff,

v.

International Rivercenter Inc.; et al., Defendants,

International Rivercenter; Board of Commissioners of the Port of New Orleans, Defendants—Appellees,

and

Lambert & Nelson PLC;  Industrial Risk Managers;  Leger & Mestayer; Herman Herman Katz & Cotlar; Bruno & Bruno, Appellees,

v.

Firemans Fund Insurance Company, as automobile insurer of Richard Foreman, D. Kirk Stirton and J. Scott Chotin; Allstate Insurance Company, as Automobile insurer of Betty T. Brooks; State Farm Fire Casualty

Company, as automobile insurer of August A. Robin; Allstate Indemnity Insurance Company; State Farm Mutual Automobile Insurance Company, as automobile insurer of Jerome L. Goldman and Robert D. Rogers, Sr.; et al., Appellants,

Steak Escape of New Orleans Inc.; et al., Plaintiffs,

v.

New Orleans Riverwalk Associates; et al., Defendants,

International Rivercenter; Board of Commissioners of the Port of New Orleans; Hilton Hotels Corporation, Defendants—Appellees,

and

Lambert & Nelson PLC; Industrial Risk Managers; Leger & Mestayer; Herman Herman Katz & Cotlar; Bruno & Bruno, Appellees,

.            v.

Firemans Fund Insurance Company, as automobile insurer of Richard Foreman, D. Kirk Stirton and J. Scott Chotin; Allstate Insurance Company, as Automobile insurer of Betty T. Brooks; State Farm Fire & Casualty Company, as automobile insurer of August A. Robin; State Indemnity Insurance Company; State Farm Mutual Automobile Insurance Company, as automobile insurer of Jerome L. Goldman and Robert D. Rogers, Sr.; et al., Appellants,

The Limited Inc., Etc.; et al., Plaintiffs,

v.

New Orleans Riverwalk Associates; et al., Defendants,

Hilton Hotels Corporation, Defendant—Appellee,

and

Lambert & Nelson PLC; Industrial Risk Managers; Leger & Mestayer; Herman Herman Katz & Cotlar; Bruno & Bruno, Appellees,

v.

Firemans Fund Insurance Company, as automobile insurer of Richard Foreman, D. Kirk Stirton and J. Scott Chotin; Allstate Insurance Company, as Automobile insurer of Betty T. Brooks; State Farm Fire & Casualty Company, as automobile insurer of August A. Robin; Allstate Indemnity Insurance Company; State Farm Mutual Automobile Insurance Company, as automobile insurer of Jerome L. Goldman and Robert D. Rogers, Sr.; et al., Appellants,

Vic Tusa; et al., Plaintiffs,

v.

New Orleans Riverwalk Associates; et al., Defendants,

Board of Commissioners of the Port of New Orleans; The International Rivercenter; Hilton Hotels Corporation, Defendants—Appellees,

and

Lambert & Nelson PLC; Industrial Risk Managers; Leger & Mestayer; Herman Herman Katz & Cotlar; Bruno & Bruno, Appellees,

v.

Firemans Fund Insurance Company, as automobile insurer of Richard Foreman, D. Kirk Stirton and J. Scott Chotin; Allstate Insurance Company, as automobile insurer of Betty T. Brooks; State Farm Fire & Casualty

Company, as automobile insurer of August A. Robin; Allstate Indemnity Insurance Company; State Farm Mutual Automobile Insurance Company, as automobile insurer of Jerome L. Goldman and Robert D. Rogers, Sr.; et al., Appellants,

Discovery Communications Inc., etc.; et al., Plaintiffs,

v.

Board of Commissioners of the Port of New Orleans; et al, Defendants,

The International Rivercenter, Defendant—Appellee,

and

Lambert & Nelson PLC; Industrial Risk Managers; Leger & Mestayer; Herman Herman Katz & Cotlar; Bruno & Bruno, Appellees,

v.

Firemans Fund Insurance Company, as automobile insurer of Richard Foreman, D. Kirk Stirton and J. Scott Chotin; Allstate Insurance Company, as automobile insurer of Betty T. Brooks; State Farm Fire & Casualty Company, as automobile insurer of August A. Robin; Allstate Indemnity Insurance Company; State Farm Mutual Automobile Insurance Company, as automobile insurer of Jerome L. Goldman and Robert D. Rogers, Sr.; et al., Appellants,

Heidi L. Bayer; et al., Plaintiffs,

v.

New Orleans Riverwalk Associates; et al., Defendants,

New Orleans Riverwalk Associates; Board of Commissioners of the Port of New Orleans, Defendants,

and

Lambert & Nelson PLC; Industrial Risk Managers; Leger & Mestayer; Herman Herman Katz & Cotlar; Bruno & Bruno, Appellees,

v.

Firemans Fund Insurance Company, as automobile insurer of Richard Foreman, D. Kirk Stirton and J. Scott Chotin; Allstate Insurance Company, as automobile insurer of Betty T. Brooks; State Farm Fire & Casualty Company, as automobile insurer of August A. Robin; Allstate Indemnity Insurance Company; State Farm Mutual Automobile Insurance Company, as automobile insurer of Jerome L. Goldman and Robert D. Rogers, Sr.; et al., Appellants,

Time Warner Entertainment Company LP; et al., Plaintiffs,

v.

New Orleans Riverwalk Associates; et al, Defendants,

New Orleans Riverwalk Associates; Board of Commissioners of the Port of New Orleans, Defendants—Appellees,

and

Lambert & Nelson PLC; Industrial Risk Managers; Leger & Mestayer; Herman Herman Katz & Cotlar; Bruno & Bruno, Appellees,

v.

Firemans Fund Insurance Company, as automobile insurer of Richard Foreman, D. Kirk Stirton and J. Scott Chotin; Allstate Insurance Company, as

automobile insurer of Betty T. Brooks; State Farm Fire & Casualty Company, as automobile insurer of August A. Robin; Allstate Indemnity Insurance Company; State Farm Mutual Automobile Insurance Company, as automobile insurer of Jerome L. Goldman and Robert D. Rogers, Sr.; et al., Appellants,

New Orleans Paddlewheels Inc., Plaintiff—Appellee,

v.

Dixie Welding and Machine Works Inc.; et al., Defendants,

v.

Lambert & Nelson PLC; Industrial Risk Managers; Leger & Mestayer; Herman Herman Katz & Cotlar; Bruno & Bruno, Appellees,

v.

Firemans Fund Insurance Company, as automobile insurer of Richard Foreman, D. Kirk Stirton and J. Scott Chotin; Allstate Insurance Company, as automobile insurer of Betty T. Brooks; State Farm Fire & Casualty Company, as automobile insurer of August A. Robin; Allstate Indemnity Insurance Company; State Farm Mutual Automobile Insurance Company, as automobile insurer of Jerome L. Goldman and Robert D. Rogers, Sr.; et al., Appellants,

Triple D Delta LLC; et al, Plaintiffs,

v.

The New Orleans Riverwalk Associates; et al., Defendants,

The New Orleans Riverwalk Associates; Board of Commissioners of the Port of New Orleans, Defendants—Appellees,

and

Lambert & Nelson PLC; Industrial Risk Managers; Leger & Mestayer; Herman Herman Katz & Cotlar; Bruno & Bruno, Appellees,

v.

Firemans Fund Insurance Company, as automobile insurer of Richard Foreman, D. Kirk Stirton and J. Scott Chotin; Allstate Insurance Company, as automobile insurer of Betty T. Brooks; State Farm Fire & Casualty Company, as automobile insurer of August A. Robin; Allstate Indemnity Insurance Company; State Farm Mutual Automobile Insurance Company, as automobile insurer of Jerome L. Goldman and Robert D. Rogers, Sr.; et al., Appellants,

Mike Anderson's Seafood of Riverwalk Inc., Plaintiff,

v.

New Orleans Riverwalk Associates; et al., Defendants,

New Orleans Riverwalk Associates; Board of Commissioners of the Port of New Orleans, Defendants,

and

Lambert & Nelson PLC; Industrial Risk Managers; Leger & Mestayer; Herman Herman Katz & Cotlar; Bruno & Bruno, Appellees,

v.

Firemans Fund Insurance Company, as automobile insurer of Richard Foreman, D. Kirk Stirton and J. Scott Chotin; Allstate Insurance Company, as automobile insurer of Betty T. Brooks; State Farm Fire Casualty

Company, as automobile insurer of August A. Robin; Allstate Indemnity Insurance Company; State Farm Mutual Automobile Insurance Company, as automobile insurer of Jerome L. Goldman and Robert D. Rogers, Sr.; et al., Appellants,

State Farm Fire and Casualty Company, etc.; et al., Plaintiff,

v.

One River Place Condominium Association Inc.; et al., Defendants,

Board of Commissioners of the Port of New Orleans; New Orleans Riverwalk Associates, Defendants—Appellees,

Lambert & Nelson PLC; Industrial Risk Managers; Leger & Mestayer; Herman Herman Katz & Cotlar; Bruno & Bruno, Appellees,

v.

Firemans Fund Insurance Company, as automobile insurer of Richard Foreman, D. Kirk Stirton and J. Scott Chotin; Allstate Insurance Company, as automobile insurer of Betty T. Brooks; State Farm Fire & Casualty Company, as automobile insurer of August A. Robin; Allstate Indemnity Insurance Company; State Farm Mutual Automobile Insurance Company, as automobile insurer of Jerome L. Goldman and Robert D. Rogers, Sr.; et al., Appellants,

Angeline Augustine; et al., Plaintiffs,

v.

New Orleans Riverwalk Associates; et al., Defendants,

New Orleans Riverwalk Associates; Board of Commissioners of the Port of New Orleans, Defendants—Appellees,

and

Lambert & Nelson PLC; Industrial Risk Managers; Leger & Mestayer; Herman Herman Katz & Cotlar; Bruno & Bruno, Appellees,

v.

Firemans Fund Insurance Company, as automobile insurer of Richard Foreman, D. Kirk Stirton and J. Scott Chotin; Allstate Insurance Company, as automobile insurer of Betty T. Brooks; State Farm Fire & Casualty Company, as automobile insurer of August A. Robin; Allstate Indemnity Insurance Company; State Farm Mutual Automobile Insurance Company, as automobile insurer of Jerome L. Goldman and Robert D. Rogers, Sr.; et al., Appellants,

Spergeon Holly, III; et al., Plaintiffs,

v.

New Orleans Riverwalk Associates; et al., Defendants,

Board of Commissioners of the Port of New Orleans, Defendant—Appellee,

and

Lambert & Nelson PLC; Industrial Risk Managers; Leger & Mestayer; Herman Herman Katz & Cotlar; Bruno & Bruno, Appellees,

v.

Firemans Fund Insurance Company, as automobile insurer of Richard Foreman, D. Kirk Stirton and J. Scott Chotin; Allstate Insurance Company, as

automobile insurer of Betty T. Brooks; State Farm Fire & Casualty Company, as automobile insurer of August A. Robin; Allstate Indemnity Insurance Company; State Farm Mutual Automobile Insurance Company, as automobile insurer of Jerome L. Goldman and Robert D. Rogers, Sr.; et al., Appellants,

New Orleans Riverwalk Associates; et al., Plaintiffs,

New Orleans Riverwalk Associates, Plaintiff—Appellee,

v.

Dixie Welding and Machine Works Inc.; et al., Defendants,

v.

Lambert & Nelson PLC; Industrial Risk Managers; Leger & Mestayer; Herman Herman Katz & Cotlar; Bruno & Bruno, Appellees,

v.

Firemans Fund Insurance Company, as automobile insurer of Richard Foreman, D. Kirk Stirton and J. Scott Chotin; Allstate Insurance Company, as automobile insurer of Betty T. Brooks; State Farm Fire & Casualty Company, as automobile insurer of August A. Robin; Allstate Indemnity Insurance Company; State Farm Mutual Automobile Insurance Company, as automobile insurer of Jerome L. Goldman and Robert D. Rogers, Sr.; et al., Appellants,

International Rivercenter; et al., Plaintiffs,

International Rivercenter; Hilton Hotels Corporation, Plaintiffs—Appellees,

v.

Dixie Welding and Machine Works Inc.; et al., Defendants,

v.

Lambert & Nelson PLC; Industrial Risk Managers; Leger & Mestayer; Herman Herman Katz & Cotlar; Bruno & Bruno, Appellees,

v.

Firemans Fund Insurance Company, as automobile insurer of Richard Foreman, D. Kirk Stirton and J. Scott Chotin; Allstate Insurance Company, as automobile insurer of Betty T. Brooks; State Farm Fire & Casualty Company, as automobile insurer of August A. Robin; Allstate Indemnity Insurance Company; State Farm Mutual Automobile Insurance Company, as automobile insurer of Jerome L. Goldman and Robert D. Rogers, Sr.; et al., Appellants,

Continental Casualty Company, etc., Plaintiff,

v.

One River Place Condominium Association Inc.; et al., Defendants,

Board of Commissioners of the Port of New Orleans, Defendant—Appellee,

v.

Lambert & Nelson PLC; Industrial Risk Managers; Leger & Mestayer; Herman Herman Katz & Cotlar; Bruno & Bruno, Appellees,

v.

Firemans Fund Insurance Company, as automobile insurer of Richard Foreman, D. Kirk Stirton and J. Scott Chotin; Allstate Insurance Company, as automobile insurer of Betty T. Brooks; State Farm Fire & Casualty Company, as automobile insurer of August A. Robin; Allstate Indemnity Insurance Company; State Farm Mutual Automobile Insurance Company, as automobile insurer of Jerome L. Goldman and Robert D. Rogers, Sr.; et al., Appellants,

Chantella Shedrick; et al., Plaintiffs,

v.

The Rouse Company of Louisiana Inc.; et al., Defendants,

Board of Commissioners of the Port of New Orleans, Defendant—Appellee,

and

Lambert & Nelson PLC; Industrial Risk Managers; Leger & Mestayer; Herman Herman Katz & Cotlar; Bruno & Bruno, Appellees,

v.

Firemans Fund Insurance Company, as automobile insurer of Richard Foreman, D. Kirk Stirton and J. Scott Chotin; Allstate Insurance Company, as

automobile insurer of Betty T. Brooks; State Farm Fire & Casualty Company, as automobile insurer of August A. Robin; Allstate Indemnity Insurance Company; State Farm Mutual Automobile Insurance Company, as automobile insurer of Jerome L. Goldman and Robert D. Rogers, S.; et al., Appellants,

Leslie Dominick, Sr; et al, Plaintiffs,

v.

New Orleans Riverwalk Association Limited Partnership, Defendant— Appellee,

and

Lambert & Nelson PLC; Industrial Risk Managers; Leger & Mestayer; Herman Herman Katz & Cotlar; Bruno & Bruno, Appellees,

v.

Firemans Fund Insurance Company, as automobile insurer of Richard Foreman, D. Kirk Stirton and J. Scott Chotin; Allstate Insurance Company, as automobile insurer of Betty T. Brooks; State Farm Fire & Casualty Company, as automobile insurer of August A. Robin; Allstate Indemnity Insurance Company; State Farm Mutual Automobile Insurance Company, as automobile insurer of Jerome L. Goldman and Robert D. Rogers, Sr.; et al., Appellants,

Kimberly Hibbard; et al., Plaintiffs,

v.

New Orleans Riverwalk Limited Partnership; et al, Defendants,

New Orleans Riverwalk Associates, Defendant—Appellee,

and

Lambert & Nelson PLC; Industrial Risk Managers; Leger & Mestayer; Herman Herman Katz & Cotlar; Bruno & Bruno, Appellees,

v.

Firemans Fund Insurance Company, as automobile insurer of Richard Foreman, D. Kirk Stirton and J. Scott Chotin; Allstate Insurance Company, as automobile insurer of Betty T. Brooks; State Farm Fire Casualty Company, as automobile insurer of August A. Robin; Allstate Indemnity Insurance Company; State Farm Mutual Automobile Insurance Company, as automobile insurer of Jerome L. Goldman and Robert D. Rogers, Sr.; et al., Appellants,

Joseph Jones, Sr., Plaintiff,

v.

New Orleans Paddlewheels Inc., Defendant—Appellee,

and

Lambert & Nelson PLC; Industrial Risk Managers; Leger & Mestayer; Herman Herman Katz & Cotlar; Bruno & Bruno, Appellees,

v.

Firemans Fund Insurance Company, as automobile insurer of Richard Foreman, D. Kirk Stirton and J. Scott Chotin; Allstate Insurance Company, as automobile insurer of Betty T. Brooks; State Farm Fire & Casualty Company, as automobile insurer of August A. Robin; Allstate Indemnity Insurance Company; State Farm Mu-

tual Automobile Insurance Company, as automobile insurer of Jerome L. Goldman and Robert D. Rogers, Sr.; et al., Appellants,

Rosemary Lewis; et al., Plaintiffs,

v.

Flamingo Casino New Orleans, etc.; et al., Defendants,

New Orleans Paddlewheels Inc., Defendant—Appellee,

and

Lambert & Nelson PLC; Industrial Risk Managers; Leger & Mestayer; Herman Herman Katz & Cotlar; Bruno & Bruno, Appellees,

v.

Firemans Fund Insurance Company, as automobile insurer of Richard Foreman, D. Kirk Stirton and J. Scott Chotin; Allstate Insurance Company, as automobile insurer of Betty T. Brooks; State Farm Fire & Casualty Company, As automobile insurer of August A. Robin; Allstate Indemnity Insurance Company; State Farm Mutual Automobile Insurance Company, as automobile insurer of Jerome L. Goldman and Robert D. Rogers, S.; et al., Appellants.

No. 03–30321.

(Summary Calendar)

United States Court of Appeals, Fifth Circuit.

Dec. 9, 2003.

Richard A. Fraser, III, Norman C. Sullivan, Jr., Fowler, Rodriguez, Kingsmill, Flint, Gray & Chalos, New Orleans, LA, for Claimants–Appellants.

Hugh P. Lambert, Lambert & Nelson, Walter J. Leger, Jr., Franklin G. Shaw, Leger & Mestayer, Leonard Arthur Davis, Russ M. Herman, Brian David Katz, Herman, Herman, Katz & Cotlar, Joseph M. Bruno, Bruno & Bruno, New Orleans, LA, for Appellees.

Paul B. Deal, Lemle & Kelleher, Jean Paul Picou Overton, Burke & Mayer, Edward F. LeBreton, III, Fowler, Rodriguez, Kingsmill, Flint, Gray & Chalos, Hugh M. Glenn, Jr., Ernest L. O'Bannon, Bienvenu, Foster, Ryan & O'Bannon, Peter L. Hilbert, Jr., Darnell Bludworth, Sher, Garner, Cahill, Richter, Klein, McAlister & Hilbert, C. Theodore Alpaugh, III, Guste, Barnett & Shushan, A. Gordon Grant, Jr., Montgomery, Barnett, Brown, Read, Hammond & Mintz, New Orleans, LA, for Claimants–Appellees/Plaintiff–Appellee/Appellee.

Before BARKSDALE, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM.[*]

This case arises out of the allision of the M/V BRIGHT FIELD with the New Orleans Riverwalk in December 1996. Over 1500 personal injury and property damage claims were filed against the vessel interests. The vessel interests, in turn, filed a limitation of liability action seeking exoneration from or limitation of liability in the district court. The district court consolidated the various actions arising from the allision, stayed them pending resolution of the limitation of liability action and appointed lead counsel. The district court subsequently appointed the appellants ("Attorneys") as co-lead counsel to protect the interests of the property claimants. The district judge then established a compensation plan to reimburse attorneys who performed for the common benefit. The plan required each settling party to contribute 4% of its individual settlement into an interest-bearing account ("the fund") for the common benefit, to be paid from the individual party's attorney's fee.

After settling the claims of the property claimants, leaving only the personal injury claims outstanding, the Attorneys moved the district court to be excused from this requirement. The district judge denied the motion, concluding that although the Attorneys' work benefitted the common good, it would be more equitable to require payment by all claimants, and settle the fund at the conclusion of litigation, rather than in a piecemeal fashion. The district court awarded common benefit costs but deferred consideration of common benefit attorneys fees claims until the conclusion of litigation. The district court also denied the Attorneys' motion for exoneration and return of their contributions to the fund. The Attorneys appeal the denial of this motion, claiming that the fund is inequitable.

This Court has jurisdiction to hear appeals of interlocutory orders in the limited circumstances found in 28 U.S.C. § 1292. *O'Donnell v. Latham*, 525 F.2d 650, 652 (5th Cir.1976). The Attorneys assert that jurisdiction is proper under 28 U.S.C. § 1292(a)(3), which allows appeals of "[i]nterlocutory decrees of such district court or the judges thereof determining the rights and liabilities of the parties to admiralty cases in which appeals from final decrees are allowed." 28 U.S.C. § 1292(a)(3). Courts construe this provision narrowly. *Treasure Salvors v. Unidentified Wrecked and Abandoned Sailing Vessel*, 640 F.2d 560, 564 (5th Cir.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

# 383

1981). Even if an order has important procedural consequences, it is not appealable if it does not determine the rights or liabilities of the parties. *In re Ingram Towing Co.* 59 F.3d 513, 517 (5th Cir.1995).

The denial of the motion for exoneration and return of the Attorneys' contributions to the fund does not determine their rights or liabilities. It does not determine whether the Attorneys have a substantive right to the money. The district court will determine the Attorneys' claim to the funds at the conclusion of the litigation. If the Attorneys are not justly compensated they can appeal the distribution at that time. Accordingly, because the rights or liabilities of the parties were not determined by the denial of this motion, this Court does not have jurisdiction to hear this interlocutory appeal. It is hereby DISMISSED for lack of jurisdiction.

Mark L. Nichols, Assistant US Attorney, US Attorney's Office, Amarillo, TX, for Plaintiff–Appellee.

Derek Taylor, pro se, Adelanto, CA, for Defendant–Appellant.

Before DAVIS, EMILIO M. GARZA, and DENNIS, Circuit Judges.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.